**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6495**

---

JAMES H. FITZGERALD, SR.,

Plaintiff - Appellant,

versus

DR. FRYE, Chief Physician of the Chesterfield
County Jail; MEDICAL STAFF, "Unknown Nurses"
of the Chesterfield County Jail; NATIVIDAD
STOVER, M.D.; MEDICAL COLLEGE OF VIRGINIA,
"John Doe, Unknown Medical Intern,"

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-98-598-AM)

---

Submitted: July 8, 1999                  Decided: July 15, 1999

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James H. Fitzgerald, Sr., Appellant Pro Se. Lynne J. Fiscella, LAW OFFICE OF COTTER, FISCELLA & MCCONNELL, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James H. Fitzgerald, Sr., a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the appeal on the reasoning of the district court. See Fitzgerald v. Frye, No. CA-98-598-AM (E.D. Va. Mar. 1, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2